■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL W. COLZIE, Appellant. [983 NYS2d 873]—Appeal by the defendant from a resentence of the Supreme Court, Suffolk County (Condon, J.), imposed June 24, 2011, upon his conviction of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the resentence is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Balkin, J.P., Lott, Roman and Miller, JJ., concur.